No. 00–646. FEICHKO v. DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–647. SULLIVAN, DBA SULLIVAN MACHINE & TOOL CO. v. MAZAK CORP. Sup. Ct. Ala. Certiorari denied.

No. 00–655. KAMAL, ON BEHALF OF HIMSELF AND KAMAL v. CITY OF SANTA MONICA ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–658. AMERICAN CAST IRON PIPE CO. v. BURKS ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–659. AFFILIATED FM INSURANCE CO. v. CHASE MANHATTAN BANK ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–662. FULK v. BILL HARBERT INTERNATIONAL CONSTRUCTION CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–666. CREGO, AKA SOCK v. COLEMAN. Sup. Ct. Mich. Certiorari denied.

No. 00–669. SOERING v. DEEDS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 00–670. SHAWNEE TRAIL CONSERVANCY ET AL. v. DEPARTMENT OF AGRICULTURE ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–671. REHBERG v. COCHRANE, FKA RYAN. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–677. PLACE v. ABBOTT LABORATORIES. C. A. 7th Cir. Certiorari denied.

No. 00–678. POLYAK v. BURSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–680. THORPE HOLDING COMPANY PROFIT SHARING PLAN ET AL. v. STEWART. C. A. 9th Cir. Certiorari denied.